UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAT S. OGEDENGBE, | ) |
| | ) CASE NO.   C10-1876-JCC-MAT |
| Petitioner, | )                    (CR04-248-JCC) |
| | ) |
| v. | ) ORDER GRANTING PETITIONER'S |
| | ) MOTION FOR AN EXTENSION OF |
| UNITED STATES OF AMERICA, | ) TIME |
| | ) |
| Respondent. | ) |
| | ) |

Petitioner moves for a 60-day extension of time to file a reply brief on his motion for 28 U.S.C. § 2255 relief, which originally was due on March 28, 2011, so that he may have additional time to conduct research and collect documentation.   (Dkt. 14.)   The Court **GRANTS** petitioner's motion for an extension of time.   Petitioner may file his optional reply brief by **May 30, 2011**; the government may file an optional surreply by **June 3, 2011**; and the § 2255 motion is **RENOTED for consideration on June 3, 2011**.

DATED this 29th day of March, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING PETITIONER'S MOTION FOR AN
EXTENSION OF TIME
PAGE -1