UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAFAT S. OGEDENGBE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C10-1876-JCC<br><br>ORDER OF DISMISSAL |

The Court, after careful consideration of Petitioner's motion for a writ of habeas corpus under 28 U.S.C. § 2255, the Report and Recommendation of the Honorable Mary Alice Theiler, the governing authorities, and the balance of the record, hereby orders:

1. The Report and Recommendation is ADOPTED;
2. Petitioner's § 2255 motion is DENIED and this case is DISMISSED with prejudice; and
3. Petitioner is DENIED issuance of a certificate of appealability.

The Clerk is directed to send copies of this Order to Petitioner, all counsel of record, and Judge Theiler.

//

//

//

1       DATED this 6th day of October 2011.

```
                                        John C. Coughenour
                                        UNITED STATES DISTRICT JUDGE
```

ORDER OF DISMISSAL
PAGE - 2